IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr189-MHT
                            )          (WO)
ERIC DARNELL POWELL         )

SUPPLEMENTAL ORDER ON TREATMENT-RELATED SPECIAL
CONDITIONS OF SUPERVISED RELEASE

In accordance with the provisions of the judgment
of conviction, it is ORDERED that, upon commencement of
supervised release, the United States Probation Office
shall:

(1) Arrange for defendant Eric Darnell Powell to
participate in a substance-abuse treatment program as
appropriate.

(2) Arrange for defendant Powell, within 21 days of
the commencement of supervision, to undergo a
psychiatric consultation so that Powell does not have a
lapse in his medication regimen and may receive any
needed medication.

(3) Arrange for defendant Powell, within 45 days of
the commencement of supervision, to undergo a thorough

psychological evaluation to diagnose any mental-health and/or substance-abuse disorders and make treatment recommendations for any identified disorders or other mental-health issues. This evaluation must be performed by a psychologist with expertise in the impact of adverse childhood experiences (ACEs) and trauma on adult behavior and mental health, as well as expertise in or familiarity with recent literature on effective treatments to address domestic violence. The evaluator shall examine, among other possible areas, Powell's potential history of ACEs and trauma and shall attempt to determine the individualized reasons for Powell's underlying history of violence. The evaluator shall recommend an individualized treatment plan that includes specific treatment modalities for or programs designed to address Powell's history of violence and any history of ACEs, trauma, and mental-health concerns. Within 60 days of the commencement of supervision, the psychological evaluation shall be filed under seal.

2

(4) Arrange for defendant Powell to participate in mental-health treatment as appropriate. This mental-health treatment shall include psychotherapy at least twice per month, unless contraindicated by the psychological evaluation described above. This psychotherapy shall focus on healthy relationships and dealing with stressors without resorting to violence or crime and shall address any history of childhood or adult trauma, as well as any other areas the psychotherapist finds appropriate. Probation shall arrange for any treatment provider to receive a copy of Powell's psychological evaluation after it is available.

DONE, this the 1st day of June, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE